615 A.2d 337

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John R. TACEY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1992.

Decided Nov. 10, 1992.

John F. Hooper, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., James R. Gilmore, Asst. Dist. Atty., Pittsburgh, for appellee.

Ronald Eisenberg, Deputy Dist. Atty., Law Div.; George S. Leone, Asst. Dist. Atty., Philadelphia, for Pennsylvania Dist. Attys. Ass'n, for amicus curiae.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The order of the Superior Court is reversed and the matter is remanded to that court for disposition of the appeal on its merits.